UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FENG HAO,

                Plaintiff,

-v.-

PRODIGY NETWORK, LLC, and 17 JOHN PREFERRED, INC.,

                Defendants.

20 Civ. 7295 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    By Order dated November 23, 2020, the Court scheduled a hearing for January 8, 2021, for Defendants in this case to show cause why default judgment should not be entered against them. (Dkt. #22). Therefore, the initial pretrial conference currently scheduled for December 15, 2020, is hereby adjourned *sine die*.

    SO ORDERED.

Dated:    December 1, 2020
              New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge