UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FENG HAO,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>PRODIGY NETWORK, LLC, and 17 JOHN PREFERRED, INC.,<br><br>                    Defendants. | 20 Civ. 7295 (KPF)<br><br>**DEFAULT JUDGMENT ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff commenced this action on September 8, 2020, by filing a request for issuance of summons and the complaint (the "**Complaint**"). (*See* Dkt. #1, 3-4). The Court issued summons for Prodigy Network, LLC and 17 John Preferred, Inc. (together, "**Defendants**"), on September 9, 2020. (*See* Dkt. #5-6). On September 10, 2020, at approximately 2:45 pm, Denorris Britt, a process server duly licensed in the state of Delaware to serve legal process, personally served Defendant 17 John Preferred, Inc., with the summons and Complaint by serving Defendant's registered agent, National Registered Agents, Inc., at 1209 Orange Street, Wilmington, DE 19801. (*See* Dkt. #8). On September 23, 2020, at approximately 2:45 pm, Denorris Britt, a process server duly licensed in the state of Delaware to serve legal process, personally served Defendant Prodigy Network LLC with the summons and Complaint by serving Defendants' registered agent, National Registered Agents, Inc., at 1209 Orange Street, Wilmington, DE 19801. (*See* Dkt. #10).

Defendants have not answered the Complaint and the time for answering the Complaint having expired, it is:

ORDERED, AND ADJUDGED, that Plaintiff have judgment against Defendants on his breach of contract claim in the amount of $200,000.00, with interest at 5% on $50,000 and 7% on the remaining $150,000, amounting to $44,271.23, plus costs and fees of this action in the amount of $528.00, for a total default judgment amount of $244,799.23.

    SO ORDERED.

Dated:    January 8, 2021
             New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge